

FILED

10/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0203

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0203

IN RE THE PARENTING OF:

R.D.R.,

   A Minor Child,

RICHARD DANE RENN,

       Petitioner and Appellant,

and

NATALIA MERION BURCAR,

       Respondent and Appellee.

O R D E R

    Appellant has filed a second motion for extension of time to file his opening brief. On September 15, 2022, this Court issued an Order giving Appellant until October 5, 2022 to file his opening brief with no further extensions. Appellant states in his motion that mediation is scheduled for November 17, 2022.

    IT IS HEREBY ORDERED that Appellant has until December 19, 2022, to file the opening brief.

    The Court will not entertain any further extensions. If the opening brief is not filed by that date this matter will be dismissed with prejudice.

    DATED this 6th day of October, 2022.

                For the Court,

                _____
                     Chief Justice